UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60111-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA

v.

DANNY WISHER,
TIMMY COX, and
MICHAEL CRUMPTON,

          Defendants.
_____/

FILED by _____ D.C.

NOV 1 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Unsealed 7/8/10

### ORDER ON DEFENDANT TIMMY COX'S EX PARTE APPLICATION FOR PRETRIAL PRODUCTION OF DOCUMENTS UNDER FED. R. CR. P. 17(c)

This matter has come before the Court on defendant Timmy Cox's motion under Federal Rules of Criminal Procedure 17(c) for pretrial production of documents pursuant to a subpoena <u>duces</u> <u>tecum</u> dated November 14, 2002, issued to the Seminole Tribe of Florida. The Court having considered the Defendant's Sealed Memorandum of Law in support of this motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that said motion is hereby GRANTED. The date for the Seminole Tribe of Florida to produce documents pursuant to this subpoena shall be Wednesday, November 27, 2002 by 12:00 noon. It is further



ORDERED that the Seminole Tribe of Florida may comply with this subpoena by delivering copies of the subpoenaed documents to Julie Prag Vianale, the attorney for defendant Timmy Cox, at the address noted on the face of the subpoena.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida, this 18 day of November, 2002.

_____
Honorable William P. Dimitrouleas
United States District Judge

Kenneth Lipman via fax
Julie prag vianale via fax